UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL TALKE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC,<br><br>　　　　　Defendant. | Civil Action No.:　13-6783 (PGS)<br><br>ORDER |

A Report and Recommendation was filed on July 31, 2013 recommending that Plaintiff's Complaint be dismissed. The parties were given notice that they had fourteen days from receipt thereof to file and serve objections pursuant to Local Civil Rule 72.1(c)(2). No objections having been received, and the Court having reviewed the Report and Recommendation <u>de novo</u>, and good cause appearing;

It is, on this 25th day of September, 2014,

**ORDERED** that the Report and Recommendation of Magistrate Judge Tonianne J. Bongiovanni at docket entry 18 is hereby adopted as the opinion of the Court; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PETER G. SHERIDAN, U.S.D.J.